UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH DIVISION)

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>Christopher DeRenzo, Andrew W. Eperthener, James Folsom, Thomas Klutch, Linda Leazier, Josh Miller, Ross Nicotero III, Timothy Nye, Jason Phillips, Carl Potechko, Michael S. Smith, Nicholas Tokish, Leonard R. Torris III, Dave Vickless, individuals,<br><br>Respondents | Case No. 06-0324<br><br>JUDGE GARY L. LANCASTER<br><br>Magistrate Judge Robert C. Mitchell<br><br>**ORDER RE: (1) SERVICE OF PROCESS, AND (2) STAYING FURTHER PROCEEDINGS PENDING DECISION ON MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER AND CONSOLIDATE UNDER 28 U.S.C. §1407** |

Counsel for the above-named parties entered into a Stipulation Regarding (1) Service of Process, and (2) Staying Further Proceedings Pending Decision on Motion Before the Judicial Panel on Multidistrict Litigation to Transfer and Consolidate Under 28 U.S.C. § 1407. Pursuant to the Stipulation of the parties, dated May 11, 2006, the Court hereby enters the following:

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 1, 2006

Honorable Gary L. Lancaster
United States District Judge